**Ernestine DAVIS, Employee/Appellant,**

v.

**ST. JOHN'S MERCY MEDICAL CENTER, Employer/Respondent.**

No. 71121.

Missouri Court of Appeals,
Eastern District,
Division One.

March 11, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 1, 1997.

Sheldon Weinstein, Edward A. Gilkerson, St. Louis, for employee/appellant.

Daniel L. Steigerwald, Hayes & Balfour, St. Louis, for employer/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

less otherwise noted.

## ORDER

PER CURIAM.

Claimant appeals the denial of her claim for permanent total disability by the Labor and Industrial Relations Commission. We affirm. The denial of total disability is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).